STEPHANIE M. HINDS
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Gabriel Bono
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(214) 767.8393
Gabriel.bono@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL FELICIA HORNE,<br><br>　　Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　Defendant. | CIVIL NO. 5:23-CV-02133-NC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

　　On remand, the Commissioner will further develop the record as necessary, offer Plaintiff an opportunity for a hearing, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stipulation to Voluntary Remand [5:23-CV-02133-NC]　　　　　　　　　　　　　　　　　　　　　　　1

|   |   |   |   |
|---|---|---|---|
| Dated: December 21, 2023 | | By: | /s/ *Stuart T. Barasch*<br>STUART T. BARASCH<br>(as authorized by email)<br>Attorneys for Plaintiff |

Dated: December 21, 2023          STEPHANIE HINDS
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Office of Program Litigation

                                  By:   /s/ *Gabriel Bono*
                                        Gabriel Bono
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Gabriel Bono, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: December 22, 2023

_____
HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins

Stipulation to Voluntary Remand [5:23-CV-02133-NC]                                                 2